UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALPHA MECHANICAL, | ) | Civil No.06cv1232-LAB(NLS) |
| Plaintiff, | ) ) | **NOTICE AND ORDER SETTING** |
| v. | ) | ***TELEPHONIC* SETTLEMENT** |
| SEI GROUP, INC., | ) ) | **DISPOSITION CONFERENCE** |
| Defendant. | ) ) | |
| | ) | |

An Early Neutral Evaluation Conference ("ENE") was held in the above-captioned matter on February 21, 2007. At the close of the ENE, the Court made a settlement recommendation. On February 23, 2007, counsel for both parties advised the Court that the case settled. Accordingly, a *telephonic* Settlement Disposition Conference will be held on ***April 13, 2007*** at ***9:30 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The *telephonic* Settlement Disposition Conference will be taken off calendar if the appropriate dismissal papers are filed prior to that time.

**IT IS SO ORDERED**.

DATED: February 23, 2007

_/s/ Nita L. Stormes_
Hon. Nita L. Stormes
U.S. Magistrate Judge